9 F.3d 1112
 Michael D. WELLS; Paula Wells, Plaintiffs-Appellants,
v.
GENERAL ELECTRIC COMPANY, a Corporation, Defendant & Third
Party Plaintiff-Appellee,
v.
MONTEL METALS INCORPORATED, Third Party Defendant.
 No. 93-1029.
 United States Court of Appeals,
Fourth Circuit.
 Argued Sept. 29, 1993.
Decided Nov. 30, 1993.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore; Frederic N. Smalkin, District Judge. (CA-91-3389-S). Affirmed by published per curiam opinion.
 William Charles Moyer, Lorch & Naville, New Albany, IN, argued (John J. Pyne, Pyne & Derry, P.C., Chevy Chase, MD, on brief), for plaintiffs-appellants.
 Kent A. Gardiner, argued (Jonathan H. Pittman, on brief), Crowell & Moring, Washington, DC, for plaintiff-appellee.
 Before ERVIN, Chief Judge, and MURNAGHAN and WILKINS, Circuit Judges.
 OPINION
 PER CURIAM:
 
 
 1
 Having considered the record in this case and the briefs, and after oral argument, we are of the opinion that the decision of the district court should be affirmed.
 
 
 2
 Accordingly, we affirm, adopting the opinion of the district court, Wells v. General Elec. Co., 807 F.Supp. 1202 (D.Md.1992).
 
 
 3
 AFFIRMED.